Eugene **CAVICCHI**, Plaintiff–Appellant,

v.

**HOMELAND SECURITY SECRETARY, Michael Chertoff, and the United States Department of Homeland Security by and through the Bureau of Customs and Border Protection, Defendants–Appellees.**

No. 05–11065
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Nov. 13, 2006.

John Cavicchi, Miami Beach, FL, for Plaintiff–Appellant.

Emily Smachetti, Anne R. Schultz, Laura Thomas Rivero, U.S. Attorney's Office, Miami, FL, for Defendants–Appellees.

Before TJOFLAT, ANDERSON and DUBINA, Circuit Judges.

**ON REMAND FROM THE UNITED STATES SUPREME COURT**

PER CURIAM:

The Supreme Court vacated the judgment of this court in this case and remanded the case to this court for further consideration in light of *Burlington Northern & Santa Fe Rilway Co. v. White*, 548 U.S.

——, 126 S.Ct. 2405, 165 L.Ed.2d 345 (2006). Upon reconsideration, we vacate the judgment of the district court pertaining to Cavicchi's August 2002 Internal Affairs interview and remand to the district court for reconsideration in the light of *Burlington.*

**AFFIRMED in PART, VACATED in PART, and REMANDED.**[1]

---

1. Appellant's motion to transfer this case to the panel that decided *Cavicchi I* is denied.